AO93 Search and Seizure Warrant

| X | FILED | ___ | LODGED |
|---|---|---|---|
| ___ | RECEIVED | ___ | COPY |

# UNITED STATES DISTRICT COURT
for the
District of Arizona

MAR 2 7 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY NM _____ DEPUTY

In the Matter of the Search of
2012 Gray Nissan Maxima with Arizona license plate of
LYA9D3 located at 2755 E. 14th Street in Yuma, AZ, a secure
lot maintained by the Yuma County Sheriff's Office in Yuma
County, Arizona.

Case No. 26-1231MB

**(Filed Under Seal)**

**SEALED**

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before ___4-10-2026___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any United States Magistrate Judge on criminal duty in the District of Arizona.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for _30_ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 3/27/2026 at 12:02pm _____
                                                      *Judge's signature*

City and state: Yuma, Arizona _____      Honorable James F. Metcalf, U.S. Magistrate Judge _____
                                                      *Printed name and title*

# ATTACHMENT A

*Property to be searched*

The property to be searched is a gray 2012 Nissan Maxima bearing Arizona license plate number LYA9D3 and vehicle identification number (VIN) 1N4AA5AP6CC819758, registered to Martina S Valencia (DOB: 07/06/1973) at 669 W Palo Verde St in Somerton, Arizona (the "**Subject Vehicle.**").  The **Subject Vehicle** is currently located at a secure lot maintained by the Yuma County Sheriff's Office in Yuma County, Arizona, including all compartments, containers, and contents located within or attached to the vehicle.

## ATTACHMENT B

*Property to be seized*

20.     The property to be seized from the vehicle described in Attachment A (the **"Subject Vehicle"**) includes the following items, which constitute evidence, fruits, contraband, and instrumentalities of violations of federal law, including 18 U.S.C. § 554 (smuggling goods from the United States), 18 U.S.C. § 371 (conspiracy), 18 U.S.C. §§ 922 and 924 (firearms offenses), and related offenses involving the unlawful export and smuggling of firearms and ammunition from the United States to Mexico:

a. **Ammunition and Firearms-Related Items**

   1) a. All ammunition of any caliber, whether loose, boxed, bagged, linked, or otherwise packaged.

   2) Any firearms, firearm receivers or frames, firearm components, parts, or accessories.

   3) Ammunition magazines, belts, links, clips, stripper clips, and other ammunition-feeding devices.

b. **Concealment and Packaging Materials**

   1) Plastic bags, wrapping material, tape, straps, containers, or other packaging used or intended to be used to store, bundle, or conceal ammunition or firearms.

   2) Aftermarket or modified interior panels, liners, containers, or other items used to create, cover, or secure natural voids or hidden compartments within the vehicle, including the dashboard area and surrounding panels.

c. **Tools and Equipment Used to Create or Access Hidden Compartments:**

Hand tools, power tools, fasteners, adhesives, or other equipment used to remove, alter, or secure vehicle interior panels, dashboards, or compartments for the purpose of concealing contraband.

d. **Records and Documents Related to Ammunition / Firearms Procurement, Possession, Transport, or Export**

1) Receipts, invoices, ledgers, notes, or other documents reflecting the purchase, sale, transfer, storage, or transport of ammunition or firearms.

2) Documents relating to export or cross-border transport of goods, including but not limited to shipping documents, manifests, customs declarations, or port-of-entry paperwork.

3) Maps, directions, handwritten notes, or other documents showing travel routes to or from the U.S.–Mexico border or ports of entry.

e. **Indicia of Ownership, Possession, or Control**

1) Vehicle registration, title, insurance documents, rental agreements, or other records identifying the owner, lessee, or regular user of the Subject Vehicle.

2) Keys, key fobs, or remote devices used to operate or access the Subject Vehicle or any concealed compartment within it.

3) Mail, identification documents, or other papers bearing the names, addresses, or contact information of Rolando GONZALEZ SANTANA, Alexis FLORES, or any other co-conspirators, found within the Subject Vehicle, that tend to show dominion and control over the vehicle or its contents.

f. **Currency and Monetary Instruments**: United States or foreign currency,

2

money orders, cashier's checks, or other monetary instruments reasonably believed to be proceeds of, or intended to facilitate, the smuggling of ammunition or firearms.