AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

☒ FILED    ☐ LODGED

**Mar 30 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

SEALED

| **Return** | | |
|---|---|---|
| Case No.:<br>26-1231MB | Date and time warrant executed:<br>03/30/2026 9:10 am | Copy of warrant and inventory left with:<br>YCSO |
| Inventory made in the presence of :<br>SA Colin Cummings, TFO Ramses Curiel, and SA Thomas Taylor | | |

Inventory of the property taken and name of any person(s) seized:

   1,971 loose rounds of 7.62x39mm ammunition

**Certification**

      I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:     03/30/2026

COLIN T CUMMINGS      Digitally signed by COLIN T CUMMINGS
Date: 2026.03.30 15:10:42 -07'00'

*Executing officer's signature*

Cummings, Colin T.

*Printed name and title*